UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


BEVERLY R. DAILEY,                          )
                                            )
                    Plaintiff,              )
                                            )
            vs.                             )            1:14-cv-00294-SEB-TAB
                                            )
CAROLYN W. COLVIN,                          )
                                            )
                    Defendant.              )


**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date: 1/21/2015

                                        _Sarah Evans Barker_____
                                        SARAH EVANS BARKER, JUDGE
                                        United States District Court
                                        Southern District of Indiana




Distribution:


All ECF-registered counsel of record via email generated by the court's ECF system